# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARR, | ) 1:14-cv-02074-LJO-BAM (PC) |
| Plaintiff, | ) |
| | ) ORDER DENYING PLAINTIFF'S MOTION |
| vs. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| CALIFORNIA DEPARTMENT OF | ) (ECF No. 4) |
| CORRECTIONS & REHABILITATION, et | ) |
| al., | ) FORTY-FIVE DAY DEADLINE |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Arthur Carr ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on December 29, 2014.  On January 5, 2015, the Court ordered Plaintiff to pay the $400.00 filing in full or file an application to proceed in forma pauperis.

On January 26, 2015, Plaintiff filed an Application to Proceed In Forma Pauperis, along with a certified copy of his prison trust account statement.  Although Plaintiff's prisoner trust account statement shows a current available balance of $0.00, his Application reveals that he is able to afford the costs of this action.  Specifically, Plaintiff identifies a cash balance of $900.00 and a settlement amount of $3,000.00 from July 2013.  Plaintiff's payment responsibilities are limited to a monthly payment for a paralegal course and assistance to his daughter at Chowchilla Women's Prison.

Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915.  Plaintiff is ORDERED to pay the four-hundred dollar ($400.00) filing fee within forty-

five (45) days of the date of service of this order. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:  **February 21, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE