# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARR, | 1:14-cv-02074-LJO-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE DOCUMENTS AS PREMATURE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al., | (ECF No. 7) |
| Defendants. | |

Plaintiff Arthur Carr ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on December 29, 2014. On February 23, 2015, the Court denied Plaintiff's application to proceed in forma pauperis and directed him to pay the $400.00 filing fee in full. (ECF No. 6.) Plaintiff submitted the filing fee in full on March 30, 2015.

On May 11, 2015, Plaintiff filed the instant motion requesting that the Clerk of the Court provide him with summonses and all other documents to effectuate service by the United States Marshal. (ECF No. 7.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court will direct service of process only after Plaintiff's complaint has been screened and found to state cognizable claims for relief. Once the complaint is screened and found to have

1  stated a cognizable claim against any defendant, a copy of the complaint will be sent to Plaintiff
2  with service documents.  The Court screens complaints in the order in which they are filed and
3  strives to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights
4  cases presently pending before the Court, and delays are inevitable despite the Court's best
5  efforts.  Plaintiff's complaint will be screened in due course.
6       For the reasons stated, Plaintiff's request for summonses and service documents is
7  HEREBY DENIED as premature.
8
9  IT IS SO ORDERED.
10      Dated:   **May 15, 2015**                          /s/ *Barbara A. McAuliffe*
11                                               UNITED STATES MAGISTRATE JUDGE