# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARR,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | 1:14-cv-02074-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COURT TO PROCESS AMENDED COMPLAINT AND DEMAND FOR TRIAL<br><br>(ECF No. 15) |

Plaintiff Arthur Carr ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to court to process amended complaint/demand for trial, filed September 15, 2016. (ECF No. 15.) Plaintiff seeks to have his action placed on the trial calendar, on the grounds that he timely submitted an amended complaint.

Plaintiff's request to set this matter for trial is premature. As the Court has previously informed Plaintiff in other orders, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's amended complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). Further, this Court has literally

hundreds of similar cases pending without the necessary resources to address cases as quickly as desired.  Plaintiff's amended complaint will be screened in due course.

Accordingly, Plaintiff's motion to court to process amended compliant/demand for trial, (ECF No. 15), is DENIED.

IT IS SO ORDERED.

Dated:  **September 16, 2016**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE